**FILED**

OCT 25 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]                    ) **SEALED**
                            )
                            ) MISC. NO.
                            ) 2:11-sw-0479 CKD
                            )

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached search warrant, search warrant application and attached affidavit and any associated material is hereby SEALED until further order of this Court.

DATED: October 15, 2011



CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1