```
1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731
```

 SEALED  FILED

MAR 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of 3206 ) No. 11-SW-0479 CKD
Tomahawk Dr., Stockton, CA and other )
Properties and Persons. ) **ORDER GRANTING**
) **GOVERNMENT MOTION FOR**
) **EXTENSION OF TIME TO REVIEW**
) **COMPUTER INFORMATION; ORDER**

## ORDER

Upon consideration of the Government's Motion and good cause having been shown, it is ORDERED that the government's request for an additional 120 days, from February 23, 2012, to search the computers for the material described in Attachment B of the search warrant is GRANTED. The government's motion and this Order shall be sealed pending further order of the Court.

March 26, 2012.

_____
DALE A. DROZD
U.S. Magistrate Judge