**SEALED**

**FILED**

JUN 2 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of 3206 Tomahawk Drive, Stockton, CA and other Properties and Persons. | 11-SW-0479 CKD<br><br>UNDER SEAL |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: June 21, 2012

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE