1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

JUL 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 3206 TOMAHAWK DR., STOCKTON, CA AND OTHER PROPERTIES AND PERSONS | S.W. NO. 2:11-SW-0479 CKD<br><br>REQUEST TO UNSEAL SEARCH WARRANT; ORDER |

The search warrant in the above-captioned proceeding was executed on October 17, 2011, and the investigation has progressed sufficiently that there is no longer a need to keep the search warrant, search warrant application, or search warrant affidavit sealed.  Accordingly, the United States asks that the Court order this material unsealed.

                                BENJAMIN B. WAGNER
                                United States Attorney

Date: 7/18/12
                                /s/ Richard J. Bender
                                By: RICHARD J. BENDER
                                Assistant U.S. Attorney


                            O-R-D-E-R

It is so ORDERED,
this 18th day of July, 2012

                                /s/ Carolyn K. Delaney
                                CAROLYN K. DELANEY
                                U.S. Magistrate Judge